IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**4.    JUSTIN HERNANDEZ,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The government's Motion (Doc. 870) to Strike Defendant Hernandez's *pro se* Motion for New Trial (Doc. 869) is GRANTED.  Mr. Hernandez is represented by counsel and it is apparent from his Motion that Mr. Hernandez expects this representation to continue. Communication with the Court and requests for relief must accordingly be made through counsel.  Mr. Hernandez's Motion for New Trial is STRICKEN as having been improperly filed.

---

Dated:  July 1, 2011