**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam                    Date:  August 25, 2011
Court Reporter: Kara Spitler
Probation Officer: Katrina Devine

Criminal Action No.: 09-cr-00301-JLK-5

*Parties:*                                                          *Counsel:*

UNITED STATES OF AMERICA,                          Richard A. Hosley
                                                                    Haley E. Reynolds
        Plaintiff,                                                Robert Brown

v.

5.      JUSTIN HERNANDEZ,                             Lisa F. Moses

        Defendant.

_____

**SENTENCING MINUTES**
_____

**12:04 p.m.    Court in session.**

Court calls case.  Counsel present.  Also present, Kevin Vest, FBI Special Agent.
Defendant present in custody.

JURY TRIAL held: May 2, 2011 thru June 14, 2011.

**GUILTY VERDICT as to Counts One and Two of the Superseding Indictment.**

Parties received and reviewed the presentence report.

Statement by Yadhira Robles (victim's wife).

The Government, defense counsel, and defendant were given an opportunity to make
statements before sentencing.

Statement by Mr. Hosley (the Government).

Statement by Ms. Moses.

09-cr-00301-JLK-5
Sentencing
August 25, 2011

No statement by the Defendant.

Comments and rulings by the Court.

**ORDERED:  Motion For A Variance Of Mr. Hernandez' Sentence (Filed 8/9/11; Doc. No. 932) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
**Defendant is sentenced as to Count One to a term of imprisonment of 60 months, as to Count Two to a term of imprisonment of 480 months; to be served concurrently.**

**SUPERVISED RELEASE shall be addressed closer to the end of the Defendant's term of imprisonment.**

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
**The Defendant shall be jointly and severally liable with each of the 7 other coconspirators for restitution in the amount of $19,023.55.**

**SPECIAL ASSESSMENT FEE:**
**Defendant shall pay a Special Assessment Fee of $ 200.00, due immediately.**

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:51 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 47 minutes.