IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 14-cv-02733-JLK
Criminal Action No. 09-cr-00301-JLK-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN HERNANDEZ,

    Defendant.

## ORDER

Kane, J.

After preliminary consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. #1269), it is now

ORDERED that the United States Attorney on or before November 28th, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: October 31, 2014

                                                              BY THE COURT:

                                                              ***s/John L. Kane***
                                                              John L. Kane, Senior District Judge
                                                              United States District Court