**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02733-JLK
Criminal Action No. 09-cr-00301-JLK-5

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

5.  JUSTIN HERNANDEZ,

    Defendant/Movant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Opinion And Order On Motion To Vacate Sentence of Judge John L. Kane entered on January 22, 2016 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [1269] filed 10/06/2014, is Denied; and it is further

    ORDERED that judgment is entered in favor of the Plaintiff/Respondent, United States of America, and against Defendant/Movant, Justin Hernandez.

    Dated at Denver, Colorado this 22nd day of January, 2016.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Bernique Abiakam

    Bernique Abiakam
    Deputy Clerk