IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02733-JLK
Criminal Action No. 09-cr-00301-JLK-5

**UNITED STATES OF AMERICA**,

        Plaintiff-Respondent,

v.

**5.  JUSTIN HERNANDEZ**,

        Defendant-Movant.

___

**OPINION AND ORDER ON MOTION FOR RECONSIDERATION AND MOTION FOR CERTIFICATE OF APPEALABILITY**
___

**Kane, J.**

Before me are Defendant's motion for reconsideration of my opinion denying Defendant's § 2255 motion (Doc. 1306) and Defendant's motion for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) (Doc. 1307).  Because Defendant's arguments regarding procedural default were or could have been raised in his original motion, the motion for reconsideration (Doc. 1306) is **DENIED**.  *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) ("[A] motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law . . . It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.").  In addition, for the reasons given in my opinion, *see* Doc. 1303, I find that Defendant has not made "a substantial showing of a denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and accordingly Defendant's motion for a certificate of appealability (Doc. 1307) is **DENIED**.

Dated: February 2, 2016                  *s/ John L. Kane*
                                                          Senior U.S. District Judge